In the Matter of Quincy Wade, Appellant, v Dale Artus, as Superintendent of Clinton Correctional Facility, et al., Respondents.

Decided June 9, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.